JOHN B. BELL, Appellant, v NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION, Respondent.

Submitted June 18, 2012; decided August 30, 2012

Motion for reargument denied [see 19 NY3d 837 (2012)].

In the Matter of BEVERLY YY., an Incapacitated Person. PATRICIA ZZ., Appellant; ROBERT IRVING MILLER, JR., as Guardian of the Property of BEVERLY YY., et al., Respondents.

Submitted June 11, 2012; decided August 30, 2012

Motion for reargument of motion for leave to appeal denied [see 16 NY3d 709 (2011)].

JENNIFER CANGRO, Appellant, v PHYLLIS C. SOLOMON, Respondent.

Submitted June 18, 2012; decided August 30, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.